**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiffs,

   vs.

NADIM AHMED a/k/a NADIM KHAN,
MEHREEN SHAH a/k/a MONA SHAH,
NURIDE TRANSPORTATION GROUP,
LLC, NYC GREEN TRANSPORTATION
GROUP, LLC, MED TRANS EB-5 FUND,
LLC, NYC EV MOBILITY LLC,
GRAVITAS NYC REGIONAL CENTER,
LLC f/k/a NYC TRANSPORTATION
REGIONAL CENTER, LLC, and MONA
SHAH & ASSOCIATES, PLLC,

              Defendants.

CIVIL ACTION No. 23-cv-10210

---

**MONA SHAH & ASSOCIATES, PLLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mona Shah &

Associates, PLLC ("MSA") by and through its undersigned counsel, hereby makes the following

disclosure:

MSA is not a publicly held company. MSA has no parent corporation and no publicly

held corporation owns 10% or more of MSA.

Dated: New York, New York
      January 22 2024

Respectfully submitted,

**McGuireWoods LLP**

*/s/ Aaron F. Jaroff*
Aaron F. Jaroff

1

1251 Avenue of the Americas 20th Floor
New York, NY 10020
Telephone: 212.548.2133
Fax: 212.715.2310
ajaroff@mcguirewoods.com

Molly M. White (*pro hac vice pending*)
Alex J. Scandroli (*pro hac vice pending*)
1800 Century Park East 8th Floor
Century City, CA  90067
Telephone: 310.956.3423
Fax: 310.956.3143
mwhite@mcguirewoods.com
ascandroli@mcguirewoods.com

*Attorneys for Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC, and Med Trans EB-5 Fund, LLC*

To: All counsel of record (VIA ECF)