## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>NADIM AHMED a/k/a NADIM KHAN, MEHREEN SHAH a/k/a MONA SHAH, NURIDE TRANSPORTATION GROUP, LLC, NYC GREEN TRANSPORTATION GROUP, LLC, MED TRANS EB-5 FUND, LLC, NYC EV MOBILITY LLC, GRAVITAS NYC REGIONAL CENTER, LLC f/k/a NYC TRANSPORTATION REGIONAL CENTER, LLC, and MONA SHAH & ASSOCIATES, PLLC,<br><br>　　　　　Defendants. | CIVIL ACTION No. 23-cv-10210 |

### **THE SHAH DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated January 22, 2024, and upon all pleadings and proceedings in this action, Defendants Mona (a/k/a Mehreen) Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC (a/k/a NYC Transportation Regional Center, LLC), and Med Trans EB-5 Fund, LLC (collectively, the "Shah Defendants") shall move this Court before the Honorable Vernon S. Broderick, U.S.D.J, at the United States District Court for the Southern District of New York located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting the Shah Defendants' Motion to Dismiss the Complaint in its entirety with prejudice, or, alternatively, for

1

an order limiting the Complaint to include only investments made within the applicable statute of limitations period, and for such other, further, or different relief as the Court deems just and proper.

Dated: New York, New York
      January 22, 2024

Respectfully submitted,

**McGuireWoods LLP**

*/s/ Aaron F. Jaroff*_____
Aaron F. Jaroff
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Telephone: 212.548.2133
Fax: 212.715.2310
ajaroff@mcguirewoods.com

Molly M. White (*pro hac vice pending*)
Alex J. Scandroli (*pro hac vice pending*)
1800 Century Park East, 8th Floor
Century City, CA  90067
Telephone: 310.956.3423
Fax: 310.956.3143
mwhite@mcguirewoods.com
ascandroli@mcguirewoods.com

*Attorneys for Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC, and Med Trans EB-5 Fund, LLC*

To: All counsel of record (VIA ECF)