

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

January 26, 2024

**By ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *SEC v. Ahmed et al.*, 23-cv-10210 (VSB)

Dear Judge Broderick,

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Nadim Ahmed, Mehreen Shah, NuRide Transportation Group, LLC, NYC Green Transportation Group, LLC, Med Trans EB-5, LLC, NYC EV Mobility LLC, Gravitas NYC Regional Center, LLC, and Mona Shah & Associates, PLLC (collectively "Defendants") respectfully submit this joint letter requesting the Court's approval of the following proposed briefing schedule in response to Defendants' motions to dismiss filed on January 22, 2024 (DE 28 & 32) and requesting the Court's permission for the SEC to file a single memorandum of law, not to exceed 35 pages, in opposition to Defendants' two motions to dismiss.

Pursuant to Local Rule 6.1(b), the SEC's opposition is due on February 5, 2024 and any defendant reply is due on February 12, 2024. Defendants' motions include numerous arguments, which the SEC requests additional time to consider and properly address. Defendants likewise anticipate needing additional time to address the SEC's opposition. For these reasons, the parties propose the following briefing schedule:

March 4, 2024:  SEC's Opposition to Defense Motions to Dismiss Due

April 1, 2024:   Defendants' replies to SEC's Opposition Due

This is the parties' first request for an extension of time to file opposition and reply briefs regarding Defendants' motions to dismiss. For the foregoing reasons, the parties respectfully request that the Court approve the above proposed briefing schedule and permit the

Hon. Vernon S. Broderick
January 26, 2024
Page 2

SEC to file a single memorandum of law, not to exceed 35 pages, in opposition to Defendants' motions to dismiss.

                                            Respectfully submitted,

                                            s/ *Chevon Walker*
                                            Chevon Walker
                                            Counsel for Plaintiff
                                            Securities and Exchange Commission
                                            (212) 336-0090
                                            WalkerCH@sec.gov


                                            s/ *Gayle Pollack*
                                            Gayle Pollack
                                            Morrison Cohen LLP
                                            909 Third Avenue
                                            New York, NY 10022
                                            (212) 735-8793
                                            gpollack@morrisoncohen.com

                                            *Counsel for Defendants Nadim Ahmed,*
                                            *NuRide Transportation Group, LLC,*
                                            *NYC Green Transportation Group, LLC,*
                                            *and NYC EV Mobility LLC*


                                            s/ *Aaron F. Jaroff*
                                            Aaron F. Jaroff
                                            Molly M. White (pro hac vice pending)
                                            McGuireWoods LLP
                                            1251 Avenue of the Americas, 20th Floor
                                            New York, NY 10020
                                            (212) 548-2133
                                            ajaroff@mcguirewoods.com
                                            mwhite@mcguirewoos.com

                                            *Counsel for Defendants Mehreen Shah,*
                                            *Mona Shah & Associates, PLLC, Gravitas NYC*
                                            *Regional Center, LLC, and Med Trans EB-5*
                                            *Fund, LLC*