UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,  :  NOTICE OF MOTION
:
    - v. -  :  ECF Case
:
NADIM AHMED,  :  No. 23 Civ. 10210 (VSB)
MEHREEN SHAH,  :
NURIDE TRANSPORTATION GROUP, LLC,  :
NYC GREEN TRANSPORTATION GROUP, LLC,  :
MED TRANS EB-5 FUND, LLC,  :
NYC EV MOBILITY LLC,  :
GRAVITAS NYC REGIONAL CENTER, LLC , and  :
MONA SHAH & ASSOCIATES, PLLC,  :
:
                       Defendants.  :
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Complaint in the criminal case *United States v. Nadim Ahmed*, 23-mj-00563 (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, and Samuel Raymond, Assistant United States Attorney, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay discovery in this matter for three months, without prejudice for additional requests for stays, as well as for such other relief as the Court deems just and proper.

Dated:  New York, New York
        February 12, 2024

                                              DAMIAN WILLIAMS
                                              United States Attorney

                                              /s/      Samuel Raymond
                                              Samuel Raymond
                                              Assistant United States Attorney
                                              Telephone: (212) 637-6519