UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br>   -against-<br><br> NADIM AHMED a/k/a NADIM KHAN,<br> MEHREEN SHAH a/k/a MONA SHAH,<br> NURIDE TRANSPORTATION GROUP, LLC,<br> NYC GREEN TRANSPORTATION GROUP, LLC,<br> MED TRANS EB-5 FUND, LLC,<br> NYC EV MOBILITY LLC,<br> GRAVITAS NYC REGIONAL CENTER, LLC<br>  f/k/a NYC TRANSPORTATION REGIONAL<br> CENTER, LLC, and<br> MONA SHAH & ASSOCIATES, PLLC,<br><br>                              Defendants. | 1:23-cv-10210-VSB |

## MOTION TO WITHDRAW PURSUANT TO LOCAL CIVIL RULE 1.4

**PLEASE TAKE NOTICE** that upon the supporting declaration of Daniel F. Gilpin, dated March 26, 2024, Daniel F. Gilpin will move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at such date as the Court will determine, for an order pursuant to Local Civil Rule 1.4 to withdraw from this case as counsel of record.

Dated: New York, New York
         March 29, 2024

2

By: <u>*/s/ Daniel F. Gilpin*</u>
Daniel F. Gilpin
909 Third Avenue
New York, NY 10022
(212) 735-8600
dgilpin@morrisoncohen.com