UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>vs.<br><br>NADIM AHMED a/k/a NADIM KHAN, MEHREEN SHAH a/k/a MONA SHAH, NURIDE TRANSPORTATION GROUP, LLC, NYC GREEN TRANSPORTATION GROUP, LLC, MED TRANS EB-5 FUND, LLC, NYC EV MOBILITY LLC, GRAVITAS NYC REGIONAL CENTER, LLC f/k/a NYC TRANSPORTATION REGIONAL CENTER, LLC, and MONA SHAH & ASSOCIATES, PLLC,<br><br>Defendants. | CIVIL ACTION No. 1:23-cv-10210-VSB<br><br>APPLICATION GRANTED<br>SO ORDERED *[signature]*<br>VERNON S. BRODERICK<br>U.S.D.J.  4/30/2024 |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE OF
## ALEX J. SCANDROLI

PLEASE TAKE NOTICE that pursuant to Local Civ. R. 1.4, Alex J. Scandroli, attorney for Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center LLC f/k/a NYC Transportation Regional Center, LLC, and Med Trans EB-5 Fund, LLC (the "Shah Defendants"), hereby moves to withdraw the appearance as counsel in the above-captioned matter. Mr. Scandroli will no longer be associated with the firm representing the Shah Defendants as of April 26, 2024. The Shah Defendants continue to be represented by counsel at McGuireWoods LLP, including at least one attorney who is a member of the Bar of this Court. Mr. Scandroli's withdrawal as counsel will not have an impact on the case calendar, and Mr. Scandroli is not asserting a retaining or charging lien.

1

Dated: April 29, 2024

Respectfully submitted,

**McGuireWoods LLP**

_____
Alex J. Scandroli
California State Bar No. 345278
McGuireWoods LLP
1800 Century Park East, 8th Floor
Century City, CA  90067
Telephone: 213.457.6617
Fax: 213.457.9887
ascandroli@mcguirewoods.com

*Attorney for Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC f/k/a NYC Transportation Regional Center, LLC, and Med Trans EB-5 Fund, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25 2024, I electronically filed the foregoing document entitled **MOTION TO WITHDRAW ATTORNEY APPEARANCE OF ALEX J. SCANDROLI** with the Clerk of the Court for the United States District Court, Southern District of New York, using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: April 29, 2024                                                                 Respectfully submitted,

                                                                                                    _____
                                                                                                    Alex J. Scandroli