**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NADIM AHMED a/k/a NADIM KHAN, MEHREEN SHAH a/k/a MONA SHAH, NURIDE TRANSPORTATION GROUP, LLC, NYC GREEN TRANSPORTATION GROUP, LLC, MED TRANS EB-5 FUND, LLC, NYC EV MOBILITY LLC, GRAVITAS NYC REGIONAL CENTER, LLC f/k/a NYC TRANSPORTATION REGIONAL CENTER, LLC, and MONA SHAH & ASSOCIATES, PLLC,<br><br>　　　　Defendants. | CIVIL ACTION No. 1:23-cv-10210-VSB |

**NOTICE OF APPEARANCE OF LAUREN H. MANN**

**PLEASE TAKE NOTICE** that the undersigned, Lauren H. Mann, hereby appears as counsel for Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC (f/k/a NYC Transportation Regional Center, LLC), and Med Trans EB-5 Fund, LLC, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned at the address listed below.

Dated: New York, New York
　　　　July 10, 2025

Respectfully submitted,

**McGuireWoods LLP**

*/s/ Lauren H. Mann*
Lauren H. Mann
McGuireWoods LLP
1251 Avenue of the Americas 20th Floor
New York, NY 10020

1

Telephone: 212.548.7042
Facsimile: 212.715.6264
lmann@mcguirewoods.com

*Counsel for Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC, and Med Trans EB-5 Fund, LLC*

To: All counsel of record (VIA ECF)

2