AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-10210 (VSB) |
| Ahmed et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission.

Date:   07/25/2025

s/ Austin Thompson
*Attorney's signature*

Austin Thompson, 4952446
*Printed name and bar number*

Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
*Address*

thompsonau@sec.gov
*E-mail address*

(212) 336-9074
*Telephone number*

*FAX number*