UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
:
  Plaintiff, :   23-cv-10210 (VSB)
:
  -against- :   **ORDER OF REFERENCE**
:
:
NADIM AHMED, *et al.*, :
:
:
  Defendants. :
:
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.
Dated: July 30, 2025
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge