UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    SECURITIES AND EXCHANGE
    COMMISSION,

                        Plaintiff,          23-CV-10210 (VSB)

                 -against-              **ORDER**

    NADIM AHMED, *et al.*,

                      Defendants.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On March 31, 2025, I issued an Opinion & Order granting the Government's motions to intervene and to stay discovery. (Doc. 56.) I am in receipt of the parties' competing letters regarding whether discovery should remain stayed. (Docs. 59, 60.) Accordingly, it is hereby:

        ORDERED that the stay of discovery is lifted. Discovery shall commence starting July 30, 2025. A referral order to a Magistrate Judge for general pretrial purposes will issue separately.

SO ORDERED.

Dated:    July 30, 2025
              New York, New York

                                                                   Vernon S. Broderick
                                                                   United States District Judge