```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                      Plaintiff,         :     23-CV-10210 (VSB) (RWL)
                                         :
        - against -                      :
                                         :         ORDER
NADIM AHMED et al.,                      :
                                         :
                      Defendants.        :
                                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on August 26, 2025, Defendants' request to stay discovery pending consideration of their motions to dismiss is denied. Further,

1. Discovery shall proceed on the following scheduled deadlines. Interim deadlines may be negotiated and agreed upon without seeking court approval, provided the deadline for fact discovery is not changed.

| | |
|---|---|
| Initial disclosures | September 15, 2025 |
| Additional parties, claims, or defenses absent good cause | September 25, 2025 |
| All fact discovery | March 1, 2026 |
| Opening expert reports | April 1, 2026 |
| Rebuttal expert reports | May 1, 2026 |
| All expert discovery | June 1, 2026 |

2. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.

3. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of Judge Broderick's Individual Rules and Practices shall be due 30 days from the close of discovery, or if any dispositive motion is filed, 30 days from the Court's decision on such motion. The case shall be trial ready 60 days from the close of discovery or from the Court's decision on any dispositive motion.

4. The case is to be tried to a jury. Plaintiff's estimated length of trial is ten days; Defendants' estimated length of trial is two to ten days, depending on the Court's decision on dispositive motions.

5. The Court will entertain request to hold a settlement conference at any juncture when the parties believe that it would be productive to do so.

6. The parties shall file a status report 90 days from entry of this order and every 90 days following that.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 26, 2025
       New York, New York

Copies transmitted this date to all counsel of record.