

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

October 20, 2025

The temporary stay requested by the SEC and set forth in the last paragraph of the instant letter is granted.

SO ORDERED:

10/20/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**By ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Re: *SEC v. Ahmed, et al.*, 23 Civ. 10210 (VSB) (RWL)

Dear Judge Lehrburger,

Due to the current lapse in federal government appropriations, Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court stay this case until appropriations are restored and adjourn the deadlines in the Court's Aug. 26, 2025, Scheduling Order (the "Scheduling Order") (DE 64) for a period of time equal to the number of calendar days between September 30, 2025 and the date that appropriations are restored. The SEC has not previously requested an adjournment of the deadlines contained in the Scheduling Order.

On October 17, 2025, SEC counsel contacted Defendants' counsel by email concerning this request. Defendants Mehreen Shah; Med Trans EB-5 Fund, LLC; Gravitas NYC Regional Center, LLC; and Mona Shah & Associates, PLLC have not responded. Defendants Nadim Ahmed; NuRide Transportation Group, LLC; NYC Green Transportation Group, LLC; and NYC EV Mobility LLC oppose the SEC's request and instead propose that this case be stayed until the later of the end of the lapse in appropriations or 30 days after the Court's decision on Defendants' motions to dismiss (DE 28-29 & 32-35). The SEC objects to a stay beyond the end of the lapse in federal government appropriations.

On October 1, 2025, most SEC personnel were furloughed (with limited exceptions) and are prohibited from working. SEC counsel assigned to this matter are furloughed for purposes of this matter and thus are not available to work on it. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

Hon. Robert W. Lehrburger
Oct. 20, 2025
Page 2

**Discovery Status**: On September 15, 2025, per the Scheduling Order, the parties exchanged initial disclosures. The remaining deadlines contained in the Scheduling Order are listed below.

| All fact discovery | March 1, 2026 |
| Opening expert reports | April 1, 2026 |
| Rebuttal expert reports | May 1, 2026 |
| All expert discovery | June 1, 2026 |

(Scheduling Order, DE 64.) Also, pursuant to the Scheduling Order, the parties must file a status report 90 days from entry of the Scheduling Order and every 90 days thereafter. (*Id.*)

Accordingly, the SEC respectfully submits that it is appropriate for the Court to stay this case until the lapse in appropriations ends and to adjourn all deadlines for the number of days between September 30, 2025 and the date that appropriations are restored.

Respectfully submitted,

s/ *Chevon Walker*
Chevon Walker
Counsel for Plaintiff
Securities and Exchange Commission
(212) 336-0090
WalkerCh@sec.gov

cc:   All counsel of record (by ECF).