

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

January 6, 2026

**By ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Re:  *SEC v. Ahmed, et al.*, 23 Civ. 10210 (VSB) (RWL)

Dear Judge Lehrburger,

Pursuant to the Court's August 26, 2025 Scheduling Order ("Scheduling Order") (DE 64), Plaintiff Securities and Exchange Commission ("SEC") and the Defendants in this case respectfully submit this joint status report. On October 20, 2025, the Court granted the SEC's request to stay this case due to a lapse in federal government appropriations ("Stay Order") (DE 68). The Stay Order adjourned all deadlines in the Scheduling Order for the number of calendar days between September 30, 2025 and the date that appropriations were restored, November 12, 2025.

As per the Court's order, the new case schedule is as follows:

|  | **Old Deadline** | **New Deadline** |
|---|---|---|
| All fact discovery | March 1, 2026 | April 13, 2026 |
| Opening expert reports | April 1, 2026 | May 14, 2026 |
| Rebuttal expert reports | May 1, 2026 | June 15, 2026 |
| All expert discovery | June 1, 2026 | July 14, 2026 |

Since November 12, the parties have exchanged initial discovery requests. The SEC has responded to Defendants' requests for production of documents, requests for admission, and first sets of interrogatories, and the SEC produced its initial installment of documents to Defendants today, subject to the protective order entered on January 5, 2026 (DE 70). Defendants are scheduled to respond to the SEC's document requests by January 8, 2026.

Hon. Robert W. Lehrburger
January 6, 2026
Page 2

       The parties will continue to update the court every 90 days per the scheduling order.

                                              Respectfully submitted,

                                              s/ *Chevon Walker*
                                              Chevon Walker
                                              Counsel for Plaintiff
                                              Securities and Exchange Commission
                                              (212) 336-0090
                                              WalkerCh@sec.gov

cc:       All counsel of record (by ECF).