UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,     :

                        Plaintiff,     :          23-CV-10210 (VSB) (RWL)

         - against -     :

                            :           **ORDER**
NADIM AHMED et al.,     :

            Defendants.     :

-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on April 1, 2026:   Document discovery between the parties is extended until **June 12, 2026**.  All other fact discovery (including but not limited to discovery from third parties and party depositions) is stayed until 14 days after resolution of the motion to dismiss and all answers have been filed. Also at that time, the length of the renewed discovery periods (fact and expert) will be determined.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 73.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2026
      New York, New York

Copies transmitted this date to all counsel of record.

1