**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | |
| **-against-** | **23 Civ. 10210 (VSB)** |
| **NADIM AHMED a/k/a NADIM KHAN,**<br>**MEHREEN SHAH a/k/a MONA SHAH,**<br>**NURIDE TRANSPORTATION GROUP, LLC,**<br>**NYC GREEN TRANSPORTATION GROUP, LLC,**<br>**MED TRANS EB-5 FUND, LLC,**<br>**NYC EV MOBILITY LLC,**<br>**GRAVITAS NYC REGIONAL CENTER, LLC f/k/a**<br>**NYC TRANSPORTATION REGIONAL CENTER,**<br>**LLC, and**<br>**MONA SHAH & ASSOCIATES, PLLC,** | |
| **Defendants.** | |

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached withdrawing Ariel Nemon as counsel of record in this action for the SEC. The SEC continues to be represented by other counsel of record in this matter.

Dated: May 22, 2026
      New York, New York

                    Respectfully submitted,

                    */s/ Ariel Nemon*

                    Ariel Nemon
                    SECURITIES AND EXCHANGE COMMISSION
                    New York Regional Office
                    100 Pearl Street
                    Suite 20-100
                    New York, NY 10004-2616
                    (212) 336-9083
                    NemonA@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>NADIM AHMED a/k/a NADIM KHAN,<br>MEHREEN SHAH a/k/a MONA SHAH,<br>NURIDE TRANSPORTATION GROUP, LLC,<br>NYC GREEN TRANSPORTATION GROUP, LLC,<br>MED TRANS EB-5 FUND, LLC,<br>NYC EV MOBILITY LLC,<br>GRAVITAS NYC REGIONAL CENTER, LLC f/k/a<br>NYC TRANSPORTATION REGIONAL CENTER,<br>LLC, and<br>MONA SHAH & ASSOCIATES, PLLC,<br><br>Defendants. | 23 Civ. 10210 (VSB) |

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Ariel Nemon is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that her representation of Plaintiff is terminated.

SO ORDERED.

Dated: May _, 2026

_____
The Honorable Vernon S. Broderick

2