UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        **Plaintiff,**<br><br>      **-against-**<br><br>NADIM AHMED a/k/a NADIM KHAN,<br>MEHREEN SHAH a/k/a MONA SHAH,<br>NURIDE TRANSPORTATION GROUP, LLC,<br>NYC GREEN TRANSPORTATION GROUP, LLC,<br>MED TRANS EB-5 FUND, LLC,<br>NYC EV MOBILITY LLC,<br>GRAVITAS NYC REGIONAL CENTER, LLC f/k/a<br>NYC TRANSPORTATION REGIONAL CENTER,<br>LLC, and<br>MONA SHAH & ASSOCIATES, PLLC,<br><br>        **Defendants.** | 23 Civ. 10210 (VSB) |

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Ariel Nemon is removed as counsel of record for Plaintiff in this matter.  The Clerk of Court is directed to note on the docket that her representation of Plaintiff is terminated.

Dated:  May 26, 2026

SO ORDERED:

_____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

2