UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                  Plaintiff,

       -against-

NADIM AHMED a/k/a NADIM KHAN,
MEHREEN SHAH a/k/a MONA SHAH,
NURIDE TRANSPORTATION GROUP, LLC,
NYC GREEN TRANSPORTATION GROUP, LLC,
MED TRANS EB-5 FUND, LLC,
NYC EV MOBILITY LLC,
GRAVITAS NYC REGIONAL CENTER, LLC f/k/a
NYC TRANSPORTATION REGIONAL CENTER,
LLC, and
MONA SHAH & ASSOCIATES, PLLC,

                  Defendants.

23 Civ. 10210 (VSB)(RWL)

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for

an order in the form attached withdrawing Antonia Apps as counsel of record in this action for

the SEC.  Ms. Apps left the SEC for other employment.  The SEC continues to be represented by

other counsel of record in this matter.


Dated:  June 9, 2026
       New York, New York

                  Respectfully submitted,

                  */s/ Chevon Walker*_____

                  Chevon Walker
                  SECURITIES AND EXCHANGE COMMISSION
                  New York Regional Office
                  100 Pearl Street
                  Suite 20-100
                  New York, NY 10004-2616
                  (212) 336-0090
                  WalkerCh@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>NADIM AHMED a/k/a NADIM KHAN,<br>MEHREEN SHAH a/k/a MONA SHAH,<br>NURIDE TRANSPORTATION GROUP, LLC,<br>NYC GREEN TRANSPORTATION GROUP, LLC,<br>MED TRANS EB-5 FUND, LLC,<br>NYC EV MOBILITY LLC,<br>GRAVITAS NYC REGIONAL CENTER, LLC f/k/a<br>NYC TRANSPORTATION REGIONAL CENTER,<br>LLC, and<br>MONA SHAH & ASSOCIATES, PLLC,<br><br>Defendants. | 23 Civ. 10210 (VSB)(RWL) |

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Antonia Apps is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that her representation of Plaintiff is terminated.

SO ORDERED:

6/10/2026

_____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

2