UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                 Plaintiff,    :        23-CV-10210 (VSB) (RWL)
                                         :
       - against -    :
                                         :        **ORDER**
NADIM AHMED et al.,    :
                                         :
               Defendants.    :
                                         :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on July 21, 2026:

1.     The parties shall meet and confer about the SEC's priority document requests identified in the SEC's letter of April 16, 2026, with the goal of determining if the requests can be narrowed, and shall also discuss the privilege issue with respect to the documents produced to the SEC in 2016-2017.  The parties are reminded that "the parties' resources" is one of several factors considered in determining proportionality.  By **August 11, 2026**, the parties shall file a joint letter identifying any remaining issues that could not be resolved by meeting and conferring, and shall propose a briefing schedule.

2.     The stayed discovery includes pending interrogatories and requests to admit, except that defendants should respond to pending interrogatories, if any, that can be readily answered without investigation.

3.     By **July 28, 2026**, the SEC shall identify for Defendants any documents withheld by the SEC on the basis of any objection other than the attorney-client privilege or work product doctrine.

1

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2026
       New York, New York

Copies transmitted this date to all counsel of record.