# Exhibit 17

[FOR DOMESTIC U.S. RECORDS]

**DECLARATION OF NADIM AHMED & ANTHONY PARRIZZI CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY**

We, the undersigned, Nadim Ahmed & Anthony Parrizzi, pursuant to 28 U.S.C. § 1746, declare that:

1. We are employed by NuRide Transportation Group, LLC as the Executive Chairman and Chief Compliance Officer by reason of our position are authorized and qualified to make this declaration. We are familiar with the company's recordkeeping practices and systems.

2. We further certify that the documents submitted herewith and stamped are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

We declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2016.

Nadim Ahmed

Anthony Parrizzi

# DECLARATION

I hereby affirm that I believe that I / we have met our obligations under the subpoena by searching carefully and thoroughly for everything called for by the said subpoena

The Subpoena was received on November 8, 2016, from that time we continuously worked to locate not only all the documents requested, but have also included additional material where we believed it was necessary for edification.

The following people searched for documents:

1. Sadaf Abid
2. Jawad Ansari
3. Nadim Ahmed
4. Sohail Ahmad
5. Hameed Shah
6. Anthony Parrizzi
7. Kamran Kirmani

Sources searched:

- Intact, accounting system used by the Company, held at the principal place of business
- Documents saved on the office servers and local computers
- Email communications
- All printed documents including licenses, contracts and Vehicle titles
- Bank statements, Signature Bank web portal

Third Parties contacted: Geri Gregor, CPA

Signed:

Nadim Ahmed
Executive Chairman
NuRide Transportation Group LLC.

Anthony Parrizzi
Chief Compliance Officer
NuRide Transportation Group, LLC