# Exhibit 24

**From:** Gottlieb, Jason
**To:** Conn, Alison
**Cc:** Atlas, Ariel; Wang, Alexandra W.; Willenken, Karen E.; Walker, Chevon N
**Subject:** Email last Friday re privilege issues
**Date:** Monday, November 13, 2023 12:13:12 PM

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Alison,

I am in receipt of your email from last Friday via the Zixmail system. As previously advised, my firm is on the SEC's secure list, so you can freely send me emails directly and not use Zixmail, which creates substantial difficulties for us in accessing your messages.

At any rate, I now have the email, with the attachments.

We do believe, as a general matter, that communications involving NuRide and the Shah Firm are privileged, as the Shah Firm were outside counsel for NuRide. Some of the communications, on first glance, appear very obviously to be privileged. So for now, yes, in the interest of protecting the client's privilege – which is the client's alone to waive – we take the position that any documents to, from or cc the Shah Firm, or conveying advice sought or received from that firm, are privileged as attorney-client communications.

I will need some time to review the materials you sent, and do some homework to know whether any of these are not in fact privileged.

I was not involved with the November 2016 productions, and I have no information about what (if any) privilege review was done by the Shah Firm (which, as you know, is not a litigation / enforcement defense shop, and may not have appreciated the issues involved in complex privilege reviews), or whether there were any understandings as to privilege in place at that time, such as a Rule 502(a) understanding.

I also note that I'm somewhat at a loss to understand why you're trawling through emails from 2015 – anything from that era is outside the statute of limitations. Can you let me know why you are looking at those at this point?

Jason

**Jason Gottlieb**
Partner & Chair, Digital Assets; Chair, White Collar and Regulatory Enforcement

**D** 212.735.8837
jgottlieb@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP
909 Third Avenue, New York, NY 10022-4784
212.735.8600 | morrisoncohen.com

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---