**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NADIM AHMED a/k/a NADIM KHAN, MEHREEN SHAH a/k/a MONA SHAH, NURIDE TRANSPORTATION GROUP, LLC, NYC GREEN TRANSPORTATION GROUP, LLC, MED TRANS EB-5 FUND, LLC, NYC EV MOBILITY LLC, GRAVITAS NYC REGIONAL CENTER, LLC f/k/a NYC TRANSPORTATION REGIONAL CENTER, LLC, and MONA SHAH & ASSOCIATES, PLLC,<br><br>Defendants. | CIVIL ACTION No. 23-cv-10210-VSB |

**DEFENDANTS MONA SHAH, MONA SHAH & ASSOCIATES, PLLC, GRAVITAS NYC REGIONAL CENTER LLC; AND MED TRANS EB-5 FUND, LLC'S NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Molly M. White and the exhibits thereto, and the Declaration of Rebecca S. Singh and the exhibits thereto, and upon all prior pleadings and proceedings had herein, Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC, and Med Trans EB-5 Fund, LLC (collectively, the "Shah Defendants"), by and through their undersigned counsel, will and hereby do move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Rule 11 of the Federal Rules of Civil Procedure granting the relief set forth below.

This motion is made separately from any other motion, as required by Federal Rule of Civil Procedure 11(c)(2). As further required by Rule 11(c)(2), the Shah Defendants served this motion, together with the accompanying Memorandum of Law and supporting Declarations, on the Securities and Exchange Commission on July 30, 2026, more than twenty-one days before filing the motion with the Court, and the Commission did not withdraw or appropriately correct the challenged Complaint within that period.

For the reasons set forth in the accompanying Memorandum of Law, the Shah Defendants respectfully request that the Court enter an order:

i. finding that the Commission violated Rule 11(b) of the Federal Rules of Civil Procedure by filing and maintaining the Complaint's Section 5 claim against the Shah Defendants without conducting an inquiry reasonable under the circumstances and without evidentiary support for its affirmative allegation that the NuRide EB-5 Offerings were not eligible for exemption from registration;

ii. dismissing the Section 5 claim as to the Shah Defendants;

iii. awarding the Shah Defendants their reasonable attorneys' fees and other expenses directly resulting from the violation, in an amount to be determined on further briefing; and

iv. granting such other and further relief as the Court deems just and proper.

The Shah Defendants respectfully request oral argument on this motion pursuant to Judge Broderick's Individual Rule 4.I.

Dated: New York, New York
September 16, 2026

Respectfully submitted,

**MCGUIREWOODS LLP**

/s/ Molly M. White
Molly M. White (pro hac vice)
1800 Century Park East, 8th Floor
Century City, CA 90067
Telephone: (310) 956-3423
MWhite@mcguirewoods.com

Lauren H. Mann
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Telephone: (212) 548-7042
LMann@mcguirewoods.com

**INVESTOR CHOICE ADVOCATES NETWORK**

/s/ Nicolas Morgan
Nicolas Morgan (pro hac vice)
453 S. Spring Street, Suite 400
Los Angeles, CA 90013
Telephone: (310) 849-0384
nicolas.morgan@icanlaw.org

*Attorneys for Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC, and Med Trans EB-5 Fund, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record in the above-referenced case.

Dated: New York, New York
September 16, 2026

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Molly M. White*
Molly M. White (pro hac vice)
Lauren H. Mann

**INVESTOR CHOICE ADVOCATES NETWORK**

*/s/ Nicolas Morgan*
Nicolas Morgan (pro hac vice)

*Attorneys for Defendants Mona Shah, Mona Shah & Associates, PLLC, Gravitas NYC Regional Center, LLC, and Med Trans EB-5 Fund, LLC*